IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHELLE L. MCLAIN, | ) |
| | ) CIVIL ACTION NO. 3:20-CV-0796 |
| Plaintiff, | ) |
| | ) JUDGE ZOUHARY |
| v. | ) |
| | ) MAGISTRATE JUDGE BURKE |
| ANDREW SAUL, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, including any further action necessary to complete the administrative record. Plaintiff also will be offered a new hearing, and the ALJ will issue a new decision.

Date: November 24, 2020     Entered:    s/ Jack Zouhary
                                        U.S. DISTRICT JUDGE